Garrett Charity (Bar #285447)
Garrett.Charity@McCarthyLawyer.com
McCarthy Law PLC
4250 N. Drinkwater Blvd., Ste. 320
Scottsdale, Arizona 85251
Phone: 602-456-8900
Fax: 602-218-4447
Attorney for Plaintiff
Joshua Kalven

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA KALVEN,<br><br>　　　Plaintiff,<br><br>v.<br><br>BARCLAYS BANK DELAWARE; LENDINGCLUB CORPORATION; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　Defendants. | Case No.: 4:21-cv-03192-HSG<br><br>**STIPULATION TO EXTEND DEADLINES AND PROPOSED ORDER** |

　　　Plaintiff Joshua Kalven ("Plaintiff"), Defendant Barclays Bank Delaware, ("Barclays") and Defendant Experian Information Solutions Inc. ("Experian") hereby stipulate to extend the below dates by not more than 60 days to continue engaging in meaningful settlement discussions. Defendant Lending Club Corporation has settled.

　　　In addition, Barclays intends to enforce a written arbitration agreement covering the claims asserted by Plaintiff against Barclays. Plaintiff and Barclays are also discussing this arbitration issue as well, and prefer to focus efforts on good faith discussions regarding the claims and possible resolution. Accordingly, Plaintiff and Barclays stipulate to further extend Barclays' time to respond to the Complaint by thirty

days – to September 2, 2021.

 Accordingly, the Parties stipulate as follows:

(1) Plaintiff, Barclays, and Experian stipulate to extend the dates in the Court's April 30, 2021 order, Order Setting Initial Case Management Conference And ADR Deadlines, by not more than 60 days

| Proposed Date | Event |
|---|---|
| Monday, September 13, 2021 | *Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• file ADR Certification signed by Parties and Counsel (form available at http://www.cand.uscourts.gov) |
| Monday, September 27, 2021 | **Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov) |
| Monday, October 4, 2021 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) at 1:30 PM in: Courtroom TBD<br>Ronald Dellums Federal Building<br>1301 Clay Street<br>Oakland, CA 94612 |

(2) Plaintiff and Barclays stipulate to further extend Barclays time to respond to the Complaint by 30 days – to September 2, 2021.

Kalven v. Barclays et al.    2

DATED: August 3, 2021

        MCCARTHY LAW PLC

        By   /s/ Garrett Charity
            Garrett Charity
            Attorneys for Plaintiff
            Joshua Kalven

DATED: August 3, 2021

        YU | MOHANDESI LLP

        By   */s/ B. Ben Mohandesi*
            B. Ben Mohandesi
            Attorneys for Defendant
            Barclays Bank Delaware

DATED: August 3, 2021

        JONES DAY

        By   /s/ Ani Ghazikhanian
        Ani Ghazikhanian
        Attorneys for Defendant
        Experian

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| JOSHUA KALVEN,<br><br>    Plaintiff,<br><br>v.<br><br>BARCLAYS BANK DELAWARE; LENDINGCLUB CORPORATION; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants. | Case No.: 4:21-cv-03192-HSG<br><br>**ORDER**  (as modified) |
|---|---|

Dates are continued as to the Court's April 30, 2021 order, Order Setting Initial Case Management Conference And ADR Deadlines, as set forth below:

| Proposed Date | Event |
|---|---|
| Monday, September 13, 2021 | *Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery<br><br>plan<br>• file ADR Certification signed by Parties and Counsel (form available at<br><br>http://www.cand.uscourts.gov) |
| Monday, September 27, 2021 | **Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f)<br>Report and file Case Management Statement per<br>Standing Order re Contents of Joint Case Management Statement |

Kalven v. Barclays et al.                                            1

| | (also available at http://www.cand.uscourts.gov) |
|---|---|
| Monday, October 4, 2021 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) at 2:00 PM in: Courtroom 2, 4th floor Ronald Dellums Federal Building 1301 Clay Street Oakland, CA 94612 |

Dated:  8/6/2021

*Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge